Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

## APRIL 2025                    00198

E-Filing Number: 2504001972

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>COMMONWEALTH PRESERVATION ALLIANCE, INC.,<br>D.B.A., T.A.,, ALIAS: COMMUNITY PRESERVATION AI | **DEFENDANT'S NAME**<br>DOROTHY P.. DELGADO |
| **PLAINTIFF'S ADDRESS**<br>1515 MARKET STREET, SUITE 100<br>PHILADELPHIA PA 19146 | **DEFENDANT'S ADDRESS**<br>10807 MODENA DRIVE<br>PHILADELPHIA PA 19154 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>UNKNOWN HEIRS OF DOROTHY P. DELGADO |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>10807 MODENA DRIVE<br>PHILADELPHIA PA 19154 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>CITY OF PHILA DEPT OF REVENUE C/O LAW<br>DEPARTMENT |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>1515 ARCH STREET 15TH FLOOR<br>PHILADELPHIA PA 19102 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 7 | ☐ Complaint  ☒ Petition Action  ☐ Notice of Appeal<br>☐ Writ of Summons  ☐ Transfer From Other Jurisdictions | | |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☒ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
P2 - PET-APPT CONSERVATOR-ACT 135

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>APR **01** 2025<br>D. KIM | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: COMMONWEALTH PRESERVATION ALLIANCE, INC., D.B.A., T.A.
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>PAUL J. TONER | ADDRESS<br>THREE LOGAN SQUARE<br>1717 ARCH STREET<br>SUITE 1415<br>PHILADELPHIA PA 19103 |
|---|---|
| PHONE NUMBER  (215)215-2825     FAX NUMBER  none entered | |
| SUPREME COURT IDENTIFICATION NO.  94185 | E-MAIL ADDRESS  ptoner@otllp.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY  *PAUL TONER* | DATE SUBMITTED  Tuesday, April 01, 2025, 02:17 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. DOROTHY P.. DELGADO
   10807 MODENA DRIVE
   PHILADELPHIA PA 19154
2. UNKNOWN HEIRS OF DOROTHY P. DELGADO
   10807 MODENA DRIVE
   PHILADELPHIA PA 19154
3. CITY OF PHILA DEPT OF REVENUE C/O LAW DEPARTMENT
   1515 ARCH STREET 15TH FLOOR
   PHILADELPHIA PA 19102
4. CITY OF PHILADELPHIA  DEPARTMENT OF LICENSES & INSPECTIONS
   1401 JFK BLVD, 11TH FLOOR
   PHILADELPHIA PA 19102
5. PHILADELPHIA GAS WORKS
   800 WEST MONTGOMERY AVE
   PHILADELPHIA PA 19122
6. SECRETARY OF HOUSING & URBAN DEVELOPMENT US DEPT OF HOUSING
   801 MARKET STREET, 12TH FLOOR
   PHILADELPHIA PA 19107
7. COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE
   PO BOX 280948
   HARRISBURG PA 17128-0948

PHILADELPHIA COURT OF COMMON PLEAS
## PETITION/MOTION COVER SHEET

| CONTROL NUMBER: |
| --- |
| 25040354 |
| **(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)** |

**FOR COURT USE ONLY**

| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: 04/02/2025 |
| --- | --- |

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response. Status may be obtained online at http://courts.phila.gov*

April _____ Term, 2025
*Month* _____ *Year*
No. _____ 00198

Name of Filing Party:
COMMONWEALTH PRESERVATION ALLIANCE

COMMONWEALTH PRESERVATION ALLIANCE,
INC., D.B.A., T.A., VS D

**INDICATE NATURE OF DOCUMENT FILED:**

☒ Petition *(Attach Rule to Show Cause)*   ☐ Motion
☐ Answer to Petition   ☐ Response to Motion

Has another petition/motion been decided in this case?   ☐ Yes   ☐ No
Is another petition/motion pending?   ☐ Yes   ☐ No
*If the answer to either question is yes, you must identify the judge(s):*

_____

TYPE OF PETITION/MOTION (see list on reverse side)

PETITION/MOTION CODE (see list on reverse side)

ANSWER / RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):

**I. CASE PROGRAM**

OTHER PROGRAM

Court Type: <u>PETITIONS</u>
Case Type: <u>PET-APPT CONSERVATOR-ACT 135</u>

**II. PARTIES** *(required for proof of service)*
(Name, address and **telephone number** of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

PAUL J TONER
   THREE LOGAN SQUARE 1717 ARCH STREET
   SUITE 1415 , PHILADELPHIA PA 19103
DOROTHY P. DELGADO
   10807 MODENA DRIVE , PHILADELPHIA PA
   19154
UNKNOWN HEIRS OF DOROTHY P. DELGADO
   10807 MODENA DRIVE , PHILADELPHIA PA
   19154
CITY OF PHILA DEPT OF REVENUE C/O LAW DE
   1515 ARCH STREET 15TH FLOOR ,
   PHILADELPHIA PA 19102
CITY OF PHILADELPHIA  DEPARTMENT OF LICE
   1401 JFK BLVD, 11TH FLOOR ,
   PHILADELPHIA PA 19102
PHILADELPHIA GAS WORKS
   800 WEST MONTGOMERY AVE ,

**III. OTHER**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____   April 1, 2025   PAUL J. TONER   _____
*(Attorney Signature/Unrepresented Party)*   *(Date)*   *(Print Name)*   *(Attorney I.D. No.)*

**The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date.
No extension of the Answer/Response Date will be granted even if the parties so stipulate.**

```
  PHILADELPHIA PA 19122
SECRETARY OF HOUSING & URBAN DEVELOPMENT
  801 MARKET STREET, 12TH FLOOR ,
  PHILADELPHIA PA 19107
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT
  PO BOX 280948 , HARRISBURG PA 17128-
  0948
```

**TONER LAW GROUP, PLLC**
By:  Paul J. Toner, Esquire (Atty. I.D. 94185)
     Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com
E. michael@tonerlaw.com                    Attorneys for Petitioner



*Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM*

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL TRIAL DIVISION

|  |  |
|---|---|
| COMMONWEALTH PRESERVATION ALLIANCE, INC.,d.b.a., t.a., Community Petitioner, | NO. |
| v. | ACT 135 PETITION ACTION |
| DOROTHY P. DELGADO 10807 MODENA DRIVE | Property:    10807 Modena Drive. (OPA # 662059600) |
| and | |
| UNKNOWN HEIRS OF DOROTHY P. DELGADO Respondent. | |

## NOTICE OF FILING OF A PETITION FOR THE APPOINTMENT OF A CONSERVATOR

A Petition has been filed under the Abandoned and Blighted Property Conservatorship Act, 2008, November 26, P.L. 1672, No. 135 effective Feb. 24, 2009.; amended 2014, October 22, P.L. 2557, No. 157, effective Dec. 22, 2014; 68 P.S. §1101 *et seq.* ("the Act" or "Act 135") for appointment of a Conservator to take possession of and rehabilitate or demolish the property located at:

**10807 Modena Drive**
**Philadelphia, PA 19154**
**(OPA # 622059600)**

**YOU ARE RECEIVING THIS NOTICE BECAUSE PUBLIC RECORDS**
**REVEAL THAT YOU MAY BE ONE OF THE FOLLOWING:**

**TO THE RESPONDENT(S) / PROPERTY OWNER(S) AND OCCUPANTS:**

**Any owner or occupant who does not file an Answer to the Petition or fails to appear at the hearing scheduled on this matter may lose important rights to their property, including ownership rights.** As provided for in Act 135, a Conservator may be appointed to take

1

Case ID: 250400198
Control No.: 25040354

possession of the property and remediate the blight, incur significant cost or expenses related to remediation of the blight that will be a lien against the property, and sell the property. If you are represented by a lawyer, you should provide them with a copy of this Notice of Filing and a copy of the *Petition for the Appointment of a Conservator* as soon as possible.

As required by the Act, a hearing will be held on _____, ___, 2024 at _____.

## **TO ALL LIENHOLDERS/SECURED CREDITORS.**

If you are a holder of a mortgage, lien, or other encumbrance on the property or a secured creditor of the owner and want to be heard in this matter, you must file a *Petition to Intervene*. You may also seek to be appointed as Conservator. **If you do not seek to intervene or file an** *Answer* **to the Petition, the court may proceed without you and you may lose your rights to or interest in the property.** A Conservator may be appointed to take possession of the property, incur expenses that will be a lien against the property, and may sell the property free and clear of all liens and encumbrances. The Conservator's lien may have priority over your lien or other rights.

## **TO CITY OF PHILADELPHIA.**

As the political subdivision in which the property is located, Cheltenham Township may file a *Petition to Intervene* as provided in the *Rule to Show Cause and Case Management Order* and may seek to be appointed as Conservator.

## **TO ANY AND ALL MUNICIPAL AUTHORITIES KNOWN TO HAVE PROVIDED SERVICE TO THE PROPERTY.**

A municipal authority which has provided service to the property may file a *Petition to Intervene* as provided for in the *Rule to Show Cause and Case Management Order*, and may seek to be appointed as the conservator.

*You should take this paper to your lawyer at once. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee.*

*Lawyer Reference Service*
*Montgomery Bar Association*
*100 west airy street (rear)*
*Norristown, PA 19401*
*(610) 279-9660, extension 201*

2

Case ID: 250400198
Control No.: 25040354

**TONER LAW GROUP, PLLC**
By:    Paul J. Toner, Esquire (Atty. I.D. 94185)
        Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com
E. michael@tonerlaw.com                         Attorneys for Petitioner



*Filed and Attested by the Office of Judicial Records 01 APR 2025 02:17 pm D. KIM*

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL TRIAL DIVISION

|  |  |
|---|---|
| COMMONWEALTH PRESERVATION ALLIANCE, INC.,d.b.a., t.a., Community Petitioner, | NO. |
| v. | ACT 135 PETITION ACTION |
| DOROTHY P. DELGADO 10807 MODENA DRIVE | Property:   10807 Modena Drive. (OPA # 662059600) |
| and | |
| UNKNOWN HEIRS OF DOROTHY P. DELGADO Respondent. | |

---

## <u>ORDER TO SHOW CAUSE</u>

AND NOW, this _____ day of _____, 2024, upon consideration of the *Petition for the Appointment of a Conservator* pursuant to the ABANDONED AND BLIGHTED PROPERTY CONSERVATORSHIP ACT, <u>as amended</u>, 68 P.S. §§ 1101 - 1111 (2008), it appearing that a prima facie showing of entitlement to the relief requested concerning the property located at:

**10807 Modena Drive**
**Philadelphia, PA 19154**
**(OPA # 622059600)**

may have been made, it is hereby ORDERED and DECREED that:

1. As required by General Court Regulation No. 2009-01, the Petitioner shall promptly:

    a. Post a copy of the *Notice of Filing of a Petition for the Appointment of a Conservator* at the property;

Case ID: 250400198
Control No.: 25040354

b. Serve a copy of the *Notice, Petition* and all exhibits, and this Order on the owner(s) as required by Pa. R.C.P. No. 400.1 and file a return of service as soon as possible upon service;

c. Mail a copy of the Notice, Petition and all exhibits, and this Order by registered or certified mail on Cheltenham Township, 8230 Old York Road, Elkins Park, PA 19027; and shall file a return of service as soon as possible upon service. Service may also be accomplished as provided by Pa. R.C.P. No. 400.1;

d. Mail a copy of the *Notice, Petition* and all exhibits, and this Order to all lienholders and other secured creditors as identified in the *Petition*, by registered or certified mail, to their last known address, and file a return of service as soon as possible upon service. Service may also be accomplished as provided by Pa. R.C.P. No. 400.1. The lienholders and other secured creditors as identified in the *Petition* are:

City of Philadelphia
c/o City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102

City of Philadelphia Department of Licenses & Inspections
1401 JFK Boulevard, 11th Floor
Philadelphia, PA 19102

Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122

Secretary of Housing and Urban Development
U.S. Department of Housing and Urban Development
Robert Ford, Field Office Director
Philadelphia Regional Office
The Strawbridge Building
801 Market Street, 12th Floor
Philadelphia, PA 19107

Commonwealth of Pennsylvania
Department of Revenue
PO Box 280948
Harrisburg, PA 17128-0948

Case ID: 250400198
Control No.: 25040354

2. As required by 68 P.S. § 1104 (c), the Petitioner shall file a *Lis Pendens* with the City of Philadelphia Department of Records and a copy with the Office of Judicial Records.

3. Respondent shall file an Answer to the Petition within twenty (20) days of service.

4. The City of Philadelphia, lienholders, other secured creditors, and any other "party in interest" as defined in 68 P.S. § 1103 may file a Petition to Intervene.

5. As required by the Act, a hearing will be held on _____
   **in Courtroom _____,** Philadelphia City Hall to determine whether the conditions for conservatorship have been met, whether a conservator should be appointed, who should be appointed as conservator, and/or whether other appropriate relief should be granted.

BY THE COURT

_____
                                                              J.

3

**TONER LAW GROUP, PLLC**
     By:    Paul J. Toner, Esquire (Atty. I.D. 94185)
            Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com
E. michael@tonerlaw.com                       Attorneys for Petitioner



Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL TRIAL DIVISION

|  |  |  |
|---|---|---|
| COMMONWEALTH PRESERVATION ALLIANCE, INC.,d.b.a., t.a., Community Preservation Alliance 1515 Market Street, Suite 100 Philadelphia, PA 19146, | : : : : : : | APRIL TERM, 2025 NO. |
| Petitioner, | : : | ACT 135 PETITION ACTION |
| v. | : : | Property:   10807 Modena Drive. (OPA # 662059600) |
| DOROTHY P. DELGADO 10807 MODENA DRIVE Philadelphia, PA 19154 | : : : : | |
| and | : : | |
| UNKNOWN HEIRS OF DOROTHY P. DELGADO 10807 Modena Drive Philadelphia, PA 19154 | : : : : | |
| Respondent. | : | |

## PETITION FOR THE APPOINTMENT OF A CONSERVATOR PURSUANT TO THE *ABANDONED AND BLIGHTED PROPERTY CONSERVATORSHIP ACT*

    Petitioner, Commonwealth Preservation Alliance, Inc., by and through its attorneys,

Toner Law Group, PLLC, respectfully petitions this Court for appointment of a conservator to

take possession and to undertake the rehabilitation of a certain property located in the Northeast

neighborhood of Philadelphia, and in support thereof avers as follows:

**INTRODUCTION**

1.      The instant Petition, which is filed by a Pennsylvania Non-Profit corporation formed to pursue blight remediation projects, seeks the appointment of a conservator to rehabilitate a long-abandoned building located at 10807 Modena Drive, Philadelphia, PA 19154 (the "Subject Property"), and remove its significant blighting influence on this neighborhood.

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction pursuant to the ABANDONED AND BLIGHTED PROPERTY CONSERVATORSHIP ACT, as amended, 68 P.S. § 1101-1111 ("Act 135" or the "Act").

3.      Venue is appropriate pursuant to § 1104(a) of Act 135 because the Subject Property is located in Philadelphia County, Pennsylvania.

**PETITIONER**

4.      Petitioner, Commonwealth Preservation Alliance, Inc, d.b.a., t.a., Community Preservation Alliance ("Petitioner Alliance" or "The Alliance"), is a Pennsylvania Non-Profit Corporation with a registered address at 1515 Market Street, Suite 1200, Philadelphia, PA 19102.

5.      The Alliance was organized to engage in blight removal activities under Act 135, to remove longstanding causes of blight in communities throughout Pennsylvania in accordance with Act 135.

6.      The Alliance is a well-known advocate for blight remediation in Philadelphia.

7.      The Alliance has participated in Act 135 remediation projects, including, but not limited to, 7010 Hegerman Street, Philadelphia 19135, which is a property within five miles of the Subject Property.

8.      The Alliance is a party in interest as defined by §1103 of the Act.

2

Case ID: 250400198
Control No.: 25040354

9.      In addition to pursuing Act 135 court actions, the Alliance is the owner of the prominent website on abandoned properties in Philadelphia: <www.abandonedphiladelphia.com>.

10.     Since 2010, the website <www.abandonedphiladelphia.com> has provided citizens being negatively impacted by blighted properties with the tools and resources necessary to remove blight.

11.     The Alliance facilitates blight remediation and community preservation projects throughout the City of Philadelphia.

## RESPONDENTS

12.     Respondent Dorothy P. Delgado ("Respondent Delgado") is last owner of record for the Subject Property.

13.     Upon information and belied, Dorothy P. Delgado died on October 28, 2019.

14.     Upon information and belief, no Estate was opened for Dorothy P. Delgado.

15.     Respondent, Unknown Heirs of Dorothy P. Delgado, are individuals with potential legal interests in the Estate of Dorothy P. Delgado.

16.     Upon information and belief, Respondent Delgado has not vacated the Subject Property to perform military service in time of war or armed conflict or in order to assist with relief efforts during a declared federal or state emergency as members of the United States Armed Forces or reserve.

17.     The Subject Property is not held in trust for the federal government or regulated under the United States Housing Act of 1937, 50 Stat. 888, 42 U.S.C. § 1437 *et. seq.*

Case ID: 250400198
Control No.: 25040354

**SUBJECT PROPERTY**.

18.    Respondent is the last record owner of the Subject Property, according to the Title

Report obtained by Petitioner, a copy of which is attached hereto and incorporated herein as

**Exhibit "1."**

19.    Respondent acquired the Subject Property by deed dated January 10, 2013, and

recorded with the Philadelphia Department of Records at Document ID 52506637 on February 7,

2013.  A copy of the last deed of record for the Subject Property is attached hereto as **Exhibit**

**"2."**

20.    On August 29, 2017, the City of Philadelphia was forced to "Clean and Seal" the

Subject Property.  See City of Philadelphia v. Loretta Foster Thompson, Phila CCP

2311L17000421.

21.    No Real Estate taxes have been paid for the Subject Property since 2018.

22.    The Subject Property is currently delinquent to the City of Philadelphia in the

total amount $85,011.22.

23.    The Subject Property currently appears as follows:



4

Pictures of the Subject Property are attached hereto as **Exhibit "3."**

24.     Upon information and belief, the Subject Property has been abandoned and

uninhabitable for over four years.

25.     As of the filing date of this Petition, L&I has found (Case # CF-2023-127164) the

Subject Property to be in violation of multiple sections of the City Code, including

   a.  PM15-302.1, for failing to maintain the Subject Property is a clean, safe, secure
       and sanitary condition

   b.  PM15-304.19V, for not maintaining door, windows and openings from the roof in
       good repair; and,

   c.  Phila Code § 9-3905, for failing to maintain a Vacant Structure License.

26.     The City of Philadelphia ATLAS system currently reflects the following upon

violations:



| Date | ID | Description | Status |
|---|---|---|---|
| 12/18/2023 | CF-2023-127164 | EXTERIOR AREA SANITATION | OPEN |
| 12/18/2023 | CF-2023-127164 | VACANT STRUCTURE & LAND | OPEN |
| 12/18/2023 | CF-2023-127164 | DOOR AND WINDOW VACANT | OPEN |
| 12/18/2023 | CF-2023-127164 | VACANT STRUCTURE LICENSE | OPEN |
| 06/23/2023 | CF-2023-059365 | EXTERIOR AREA WEEDS | COMPLIED |

A copy of L&I Violation Notice CF-2023-127164 is attached at **Exhibit "4"**.

27.     Upon information and belief, the Subject Property has been subject to trespass

and illegal entries on multiple occasions over the past five years.

5

Case ID: 250400198
Control No.: 25040354

**LIENHOLDERS AND OTHER SECURED CREDITORS**

      28.    Upon Petitioner's knowledge, information, and belief, obtained after reasonable

efforts, including an examination of the Title Report for the Subject Property, Petitioner has

identified the following lien holders and other secured creditors with a potential interest in the

Subject Property:

City of Philadelphia
c/o City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102

City of Philadelphia Department of Licenses & Inspections
1401 JFK Boulevard, 11th Floor
Philadelphia, PA 19102

Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122

Secretary of Housing and Urban Development
U.S. Department of Housing and Urban Development
Robert Ford, Field Office Director
Philadelphia Regional Office
The Strawbridge Building
801 Market Street, 12th Floor
Philadelphia, PA 19107

Commonwealth of Pennsylvania
Department of Revenue
PO Box 280948
Harrisburg, PA 17128-0948

See Title Report at **Exhibit "1."**

Case ID: 250400198
Control No.: 25040354

## CONDITIONS FOR CONSERVATORSHIP

29.    For the appointment of a conservator, Act 135 provides that a petition must establish four statutory prerequisites and then three of nine additional factors.

### A.  **Statutory Prerequisites**

30.    As set forth in Section 5 of Act 135, Petitioners respectfully submit that all four of the statutory prerequisites for appointment of a conservator are satisfied.

31.    The records of the City of Philadelphia, the documented history of the Subject Property and the current dilapidated condition of the Subject Property reveal that the following four (4) statutory prerequisites for the appointment of a conservator are satisfied.  See 68 P.S. § 1105(d)(1)-(4).

**(i)    The Subject Property has not been legally occupied for at least the previous twelve (12) months before the date of the filing of this Petition**

32.    Pursuant to Section 5(d) of Act 135, the Subject Property must not have been occupied for the previous twelve (12) months.  See 68 P.S. § 1105(d)(1).

33.    Upon information and belief, due to the neglect and deterioration, the Subject Property is uninhabitable.

34.    Despite its long-standing vacancy, the Property currently lacks a Vacant Property License.

35.    Upon information and belief, the Subject Property has not been legally occupied for at least 12 months.

Case ID: 250400198
Control No.: 25040354

**(ii)    The Subject Property has not been actively marketed during the 60 days prior to the date of the filing of this Petition**

36.    Pursuant to Section 5(d) of Act 135, the owner of a Property must present compelling evidence that he has actively marketed the Property during the sixty (60) days prior to filing the instant Petition. See 68 P.S. § 1105(d)(2).

37.    Actively marketed, as defined by Act 135, means: "a 'for sale' sign has been placed on the property with accurate contact information and the owner has done at least one of the following: (1) engaged the services of a licensee under the act of February 19, 1980 (P.L. 15, No. 9), known as the Real Estate Licensing and Registration Act, to place the property in a Multiple Listing Service or otherwise market the property; (2) placed weekly or more frequent advertisements in print or electronic media; or (3) distributed printed advertisements." 68 P.S. § 1103.

38.    As no "For Sale" sign has been placed on or in front of the Property during the sixty (60) days before the date of the filing of this Petition, the Property has not been actively marketed as defined by Act 135.

39.    Upon information and belief, the Subject Property has not been actively marketed by any means as defined by Act 135.

**(iii)    The Subject Property is not subject to an existing foreclosure action by an individual or nongovernmental entity**

40.    Pursuant to Section 5(d) of Act 135, the Subject Property must not be subject to an existing foreclosure action by an individual or nongovernmental entity.  See 68 P.S. § 1105(d)(3).

41.    The title report reveals no existing foreclosure action against the Subject Property by an individual or nongovernmental entity.

Case ID: 250400198
Control No.: 25040354

42.     A search of the Philadelphia Court of Common Pleas docket reveals no pending foreclosure action against the Subject Property by an individual or non-governmental entity.

43.     On May 25, 2018, a mortgage action had been filed by Nationstar Mortgage LLC, but said foreclosure action was voluntarily discontinued by Praecipe filed on August 1, 2018.

44.     A mortgage previously held by MERS, as nominee for Generation Mortgage Company (Document # 52596001) had been assigned to the Secretary of Housing and Urban Development on November 8, 2018 (Document # 53440672).

45.     As a matter of law, the Subject Property is not subject to a pending foreclosure action.

**(iv)     The Subject Property was not acquired by Respondent within the preceding six (6) months prior to the date of the filing of this Petition**

46.     Pursuant to Section 5(d) of the Act 135, the Subject Property must not have been acquired by the Respondent within the preceding six (6) months.  See 68 P.S. § 1105(d)(4).

47.     As previously set forth, Respondents acquired title to the Subject Property by deed dated January 10, 2013.

**B. <u>Additional Factors for Appointment of a Conservator</u>**

48.     In addition to the aforementioned four statutory prerequisites, Section 5 of Act 135 provides that the court must find that three (3) of nine (9) additional factors exist before it can appoint a conservator.

49.     The facts of this case establish the presence of at least six (6) of the nine (9) additional factors for appointment of a conservator.

**(i)     The Subject Property is a Public Nuisance**

50.     In accordance with Section 1105(d)(5)(i) of Act 135, the Subject Property is a public nuisance.

Case ID: 250400198
Control No.: 25040354

51.     The Subject Property is a public nuisance because it is a hazard to, and a blighting influence on, the community due to its vacant, dilapidated and damaged condition.  (Photographs of the current condition of the Subject Property are attached hereto as **Exhibit "3"**) (See also L&I violations *Infra* ¶ 26.).

52.     Upon information and belief, neighbors have been forced to call the police in order to have squatters removed from the Subject Property.

53.     On January 19, 2022, L&I performed blight remediation work at the Subject Property, and caused a lien (2311L22000310) to be filed against the Subject Property.

54.     On January 10, 2024, L&I again performed blight remediation work at the Subject Property.

55.     The Subject Property is a public nuisance for the reasons stated above and because the condition of the Property may cause injury, damage, hurt, inconvenience, annoyance or discomfort to any person or resident in the legitimate enjoyment of his reasonable rights of person or property.

**(ii)     The Subject Property is in need of substantial rehabilitation and no rehabilitation has taken place during the previous twelve (12) months**

56.     In accordance with Section 1105(d)(5)(ii) of Act 135, the Subject Property is in need of substantial rehabilitation and no rehabilitation has taken place during the previous twelve (12) months prior to the date of the filing of this Petition.

57.     The dilapidated, hazardous condition of the Subject Property as seen in photographs and code violations establishes the necessity of rehabilitation.  (Photographs of the current condition of the Subject Property are attached hereto as **Exhibit "3"**) (See also L&I violations *Infra* ¶ 26.).

Case ID: 250400198
Control No.: 25040354

58.    Petitioner avers that no rehabilitation has taken place during at least the previous 12 months.

59.    In order to address the blight identified in this Petitioner, the Alliance proposes the following initial cost estimates and scope of rehabilitation of the Subject Property:

| Preliminary Plan | 10807 Modena Drive | |
|---|---|---|
| | | |
| **Liabilities** | | |
| Title Search | $ 150 | |
| Subtotal Municipal Claims | 2,987 | |
| Subtotal Mechanics & Other | 3,706 | |
| Subtotal Mortgages & Judgments | 243,000 | |
| **Subtotal Liabilities** | $ 249,843 | |
| | | |
| **Pre-Construction** | | |
| Insurance | $ 3,500 | |
| Locksmith | 500 | |
| Signage | 300 | |
| Security Cameras | 750 | |
| Pest Control | 500 | |
| General Conditions-Make Safe | 2,500 | |
| **Subtotal Pre-Construction** | $ 8,050 | |
| | | |
| **Cost of Remediation** | | |
| Architecture and Engineering Services | $ - | |
| Demolition / clean out / debris removal | 7,500 | |
| Landscaping | 1,500 | |
| Structural remediation and framing | 10,000 | |
| Masonry | - | |
| Roof, downspouts, gutters | 10,000 | |
| Install doors and windows | 5,000 | |
| Install flashing and seal windows and door | 3,500 | |
| Siding: Repair and Replace | - | |
| Exterior painting | 2,500 | |
| Other | 1,500 | |
| **Total Cost of Remediation** | $ 41,500 | |
| | | |
| **Cost of Conservatorship** | | |
| Legal - Act 135 Petition | $ 15,000 | |
| Permits | - | |
| Conservator's Fee | 56,000 | 20.00% |
| RE Commission | 16,800 | 6.00% |
| Transfer Taxes | 5,989 | 2.139% |
| **Total Cost of Conservatorship** | $ 93,789 | |
| | | |
| **Total Cost of Remediation and Conser** | $ 143,339 | |
| | | |
| **Estimated Sale Price of Property** | $ 280,000 | |
| | | |
| **Net Proceeds to Owner** | $ 136,661 | |

11

Case ID: 250400198
Control No.: 25040354

60. Petitioner believes that the above-outlined rehabilitation work wilk bring the Subject Property into substantial compliance with relevant municipal codes and remove the complained-of blight.

61. The Subject Property is currently assessed by the Philadelphia Office of Property Assessment with a market value of $313,400.00.

62. Based on its current physical condition and its long-term status of a vacant property, Petitioner believe is current fair market value to be $280,000.00.

63. The above-referenced Preliminary Plan of Petitioner describes the full breadth of work and construction that must be done to render the Subject Property as being safe and secure.

**(iii)** **The Subject Property is unfit for human habitation, occupancy or use**

64. In accordance with Section 1105(d)(5)(iii) of Act 135, the Subject Property is unfit for human habitation, occupancy or use, and has not been maintained in a safe, secure and sealed condition as determined by L&I inspections. (Photographs of the current condition of the Subject Property are attached hereto as **Exhibit "3"**) (See also L&I violations *Infra* ¶ 26.).

65. The Subject Property will require extensive construction to make it habitable and/or to bring it into compliance with the relevant municipal codes. Preliminary Plan with initial cost estimates, for full extent of work required to make the Subject Property habitable.

**(iv)** **The Owner has failed to secure the building to prevent unauthorized entry which could lead to potential health and safety hazards.**

66. In accordance with Section 1105(d)(5)(v) of Act 135, the Owner has not taken reasonable and necessary measures to secure the Property.

67. A near neighbor contacted Petitioner and provided the following information on the presence of squatters:

Case ID: 250400198
Control No.: 25040354

## New submission on HubSpot Form "Blight Submission"

**Address of Blight:**
10807 Modena Drive

**City:**
Philadelphia

**State/Region:**
PA

**Blight Description:**
TOWN HOUSE ROW NEXT TO OUR PROPERTY. HAS BEEN
ABANDON FOR OVER 6 OR YEARS. OWNER PASSED. ITS BEEN
VANDALIZED BY SQUATERS.
GRASS IS HIGH IN THE BACK. INSIDE IS DESTROYED. PLEASE
HELP US TO HAVE THIS SOLD. IT HAS POTENTIAL, NEIGHBOR
HOOD IS NICE EXCEPT FOR THIS SORE THUMB. i HAVE CALLED
LNI - HUD- PROBERTY HOUSING. HOPEFULLY YOU CAN HELP..

68.    The condition of the Property creates the risk that illegal entry could lead to illicit activity and/or severe injury or death at the Property.

**(v)    The physical deterioration of the structure or grounds has created potential health and safety hazards, and the owner has failed to take reasonable and necessary measures to remove the hazards**

69.    In accordance with Section 1105(d)(5)(vii) of Act 135, the physical deterioration of the structure and grounds have created potential health and safety hazards, and Respondent has failed to take reasonable and necessary measures to remove the hazards. (Photographs of the current condition of the Subject Property are attached hereto as **Exhibit "3"**) (See also L&I violations *Infra* ¶ 26.).

70.    Upon information and belief, the rear of the Property contains significant overgrowth, and a deteriorating structure. The rear yard appears as follows:

13

Case ID: 250400198
Control No.: 25040354



71.     Upon information and belief, the interior of the Property is severely deteriorated due to, *inter alia*, water infiltration thereby creating an unsafe condition.

72.     The rear porch of the Subject Property is in a state of partial collapse and appears as follows:

Case ID: 250400198
Control No.: 25040354



73.    The dangerous condition has existed at the Subject Property for an extended period of time, and no party has taken action to remove the blighting conditions or the health and safety hazards at the Subject Property.

74.    Respondent has not repaired the Property to remove the blighting conditions or the health and safety hazards.  (Photographs of the current condition of the Subject Property are attached hereto as **Exhibit "3"**) (See also L&I violations Infra ¶ 26.).

**(vi)    The dilapidated appearance and condition of the Subject Property negatively affects the economic well-being of residents and businesses in close proximity to the Subject Property**

Case ID: 250400198
Control No.: 25040354

75.     In accordance with Section 1105(d)(5)(viii) of Act 135, the dilapidated appearance and condition of the Subject Property negatively affects the economic well-being of residents and businesses in close proximity to the Subject Property, including decreases in property values and loss of business, and the Owner has failed to take reasonable and necessary measures to remedy the appearance and condition.

76.     Current photographs of the Subject Property reveal and substantiate the Subject Property's blighting and negative economic influence on the surrounding community. (Photographs of the current condition of the Subject Property are attached hereto as **Exhibit "3"**) (See also L&I violations Infra ¶ 26.).

## PROPOSED CONSERVATOR

77.     Petitioner proposes that Commonwealth Preservation Alliance, Inc. ("Proposed Conservator") be appointed as Conservator of the Subject Property.  A Certification to Serve as Conservator is attached as **Exhibit "5."**

78.     Proposed Conservator is competent to serve as conservator pursuant to Section 1105(e)(3) of Act 135, as it has participated in blight remediation projects, including projects within a five-mile radius of the Subject Property.

79.     Proposed Conservator was formed, inter alia, to exercise the statutory powers of a court-appointed conservator in accordance with Act 135 and to remediate abandoned and blighted properties that negatively affect Philadelphia's neighborhoods.

80.     Among the Proposed Conservator's membership is a professional with experience remediating blight in the neighborhood of the Subject Property.

81.     Proposed Conservator has participated in, among other projects, blight remediation work at the property within 5 miles of the Subject Property.

16

Case ID: 250400198
Control No.: 25040354

## LIS PENDENS

82.    Petitioner will serve or provide notice of the filing of this Petition as provided in

General Court Regulation No. 2009-01 and as otherwise ordered by the Court.

83.    As required by 68 P.S. § 1104 (c), Petitioner shall file a Lis Pendens, substantially

in the form attached hereto as **Exhibit "6."**

**WHEREFORE**, Petitioner prays for the following relief:

(a) Issue an Order to Show Cause, *inter alia*, as to why a Conservator should not be
appointed to abate the public nuisance, as alleged and ultimately proven, and
rehabilitate the Subject Property;

(b) Appoint a Conservator as authorized by the ABANDONED AND BLIGHTED PROPERTY
CONSERVATORSHIP ACT, <u>as amended,</u> 68 P.S. § 1101 – 1111; and

(c) Grant such other and additional relief as may be just and appropriate.


TONER LAW GROUP, LLP


BY:    <u>/s/ Paul J. Toner, Esquire</u>
          Paul J. Toner, Esquire
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com

Dated: April 1, 2025

Case ID: 250400198
Control No.: 25040354

**TONER LAW GROUP, PLLC**
By:    Paul J. Toner, Esquire (Atty. I.D. 94185)
   Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com
E. michael@tonerlaw.com       Attorneys for Petitioner



Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL TRIAL DIVISION

|  |  |  |
|---|---|---|
| COMMONWEALTH PRESERVATION ALLIANCE, INC.,d.b.a., t.a., Community Petitioner, | : : : : | NO. |
| v. | : : | ACT 135 PETITION ACTION |
| DOROTHY P. DELGADO 10807 MODENA DRIVE | : : : | Property:    10807 Modena Drive. (OPA # 662059600) |
| and | : : | |
| UNKNOWN HEIRS OF DOROTHY P. DELGADO Respondent. | : : : : | |

### VERIFICATION OF PETITIONER

  I, Stephen Arrivello, hereby state:

1.  I, Stephen Arrivello, am the Executive Director of the Commonwealth Preservation Alliance, Inc. ("Alliance") which is the Petitioner in this action;

2.  I verify that the statements contained in the foregoing Amended Petition to Appoint a Conservator are true and correct to the best of my knowledge, information, and belief; and

3.  I understand that the statements in the Amended Petition to Appoint a Conservator are subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

         _____
         Stephen Arrivello, Petitioner and Executive Director of Commonwealth Preservation Alliance, Inc.

Dated: March 14, 2025

1

Case ID: 250400198
Control No.: 25040354



*Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM*

# Exhibit "1"

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File #  GEN-51751-SO

# TITLE SEARCH REPORT
## ISSUED BY
## TitleWave Real Estate Solutions

THE ATTACHED TITLE SEARCH REPORT IS ISSUED FOR USE OF THE AGENT LISTED, HEREIN 'THE AGENT', A POLICY ISSUING AGENT FOR THE FIDELITY GROUP OF TITLE INSURANCE COMPANIES, HEREIN 'THE COMPANY', AND IS TO BE USED BY THE AGENT IN THE EXAMINATION AND DETERMINATION OF THE INSURABILITY OF TITLE TO THE PROPERTY DESCRIBED HEREIN IN CONJUNCTION WITH THE ISSUANCE OF THE COMPANY'S COMMITMENTS, POLICIES AND ENDORSEMENTS.

The Agent who examines this Title Search Report must follow all underwriting guidelines set forth in the underwriting manual and bulletins issued by the Company.  The Agent is responsible for obtaining proper "High-Liability" approval, when applicable, in accordance with their agency contract. The agent is responsible for obtaining appropriate updates or continuations of this Title Search Report prior to the issuance of any commitment or policy in accordance with prudent underwriting practices and the Company's guidelines.  The Agent is responsible for any errors, omissions, defect, liens, encumbrances or adverse matters not shown by this Title Search Report but known to or discovered by the Agent prior to the issuance of the Company's commitment, policy or endorsement.

The Title Search Report does not provide or offer any title insurance, liability coverage or errors and omissions coverage.  No assurance is given as to the insurability or status of title. The Title Search Report does not insure or guarantee the validity or sufficiency of any documents attached, nor is it to be considered a title insurance commitment and/or title insurance policy, an opinion of title, an ownership and encumbrance report, a property information report, a guarantee of title or as any other form of guarantee or warranty of title and should not be relied upon as such.

LIABILITY UNDER THE ATTACHED TITLE SEARCH REPORT IS LIMITED TO THE LIABILITY UNDER THE COMPANY'S COMMITMENTS, POLICY OR POLICIES ISSUED PURSUANT TO THIS TITLE SEARCH REPORT.  IN THE EVENT THE ATTACHED TITLE SEARCH REPORT IS USED FOR ANY PURPOSE OTHER THAN IN CONJUNCTION WITH THE ISSUANCE OF THE COMPANY'S COMMITMENTS, POLICIES OR ENDORSEMENTS, THE TOTAL AGGREGATE LIABILITY OF THE COMPANY, ITS EMPLOYEES, AGENTS AND SUBCONTRACTORS SHALL NOT EXCEED THE COMPANY'S TOTAL FEE FOR THIS REPORT.

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File #  GEN-51751-SO

## Fidelity National Title Insurance Company
## TITLE SEARCH REPORT

Search for:

Germantown Title Company
502 W Germantown Pike, Suite 200
East Norriton, PA 19403
Phone:  610-631-1540
Fax:  610-631-1540

1.    PERIOD SEARCHED:

      The period covered in the search commenced with the Base Title as determined by
      Company and ends on:  December 09, 2024

2.    Policy or Policies to be issued:

         A.  Policy to be Issued:
             ALTA Owners 2021 (as modified by TIRBOP)
             Proposed Insured:  TBD
             Amount of Insurance:
             Effective Date:

         B.  Policy to be Issued:
             ALTA Loan 2021 (as modified by TIRBOP)
             Proposed Insured:
             Amount of Insurance:
             Effective Date:

3.    The estate or interest in the land described or referred to in this report is:

      Fee Simple

4.    At the effective date above title is vested in:

      Dorothy P. Delgado

5.    Property:

      10807 Modena Drive
      City of Philadelphia
      Philadelphia County, PA

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File # GEN-51751-SO

## TITLE SEARCH REPORT / ABSTRACT
### REQUIREMENTS

1. The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Report who will obtain an interest in the Land or who will make a loan on the Land. The Company may then make additional Requirements or Exceptions.

2. Pay the agreed amount for the estate or interest to be insured.

3. Pay the premiums, fees, and charges for the Policy to the Company.

4. Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

   A. DEED FROM: Dorothy P. Delgado
      TO: TBD
      DATED:
      RECORDED:

   B. MORTGAGE FROM: TBD
      TO:
      DATED:
      RECORDED:

5. Proof that all natural persons in this transaction are of full age and legally competent.

6. Proof of identity of all parties to the transaction.

7. POWERS OF ATTORNEY: If any party to the settlement intends to use a Power of Attorney at settlement, a copy of such Power of Attorney must be submitted for review in advance of settlement. Failure to comply with this requirement may result in the postponement of the settlement. Acceptability of the Power of Attorney for purposes of completion of settlement is within the discretion of the insurer.

8. Proof to be provided that any individuals holding record title have not, subsequent to acquisition of title, been a party to any divorce proceedings, whether currently ongoing or completed prior to the transaction that is the subject of this form. In the event such divorce proceedings have occurred, same to be examined and possible additional exceptions and requirements to be added. This requirement applies only to individuals and is not applicable if record owner is an LLC, LP, Corporation or other business entity.

9. Information must be furnished concerning the Social Security Number(s) and/or the Tax Identification Number(s) and future addresses of grantors for the completion of Substitute Form 1099 at the Closing of Transaction.

10. Satisfactory evidence should be provided that improvements and/or repairs or alterations thereto are completed; that contractor, sub-contractors, labor and materialmen are all paid; and have released of record all liens or notice of intent to perfect a lien for labor material.

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File #  GEN-51751-SO

## TITLE SEARCH REPORT / ABSTRACT
### REQUIREMENTS continued

11. Company assumes no liability as to water usage unless an update and current water meter reading is produced at settlement.

12. Certification to be obtained from PGW as to amounts due for gas service to the subject property.

13. Current year's taxes, if unpaid, are delinquent after March 30th and additional penalty and interest will be due.

14. Determination to be made regarding Solid Resources Fee assessed by the Streets Department of the City of Philadelphia and all fees due to be paid.

15. Municipal Claims:  Prior to closing you must obtain amounts due by contacting: wateramountdue@phila.gov or call 215-686-6995, Agency.Receivables@phila.gov  or call 215-686-6648 and solidresources@phila.gov or call 215-686-5090.

16. TAXES:
Tax No. 66-2-0596-00.
Produce receipts for City and School Taxes for the year 2024.

YOUR REAL ESTATE TAX LIENS WERE SOLD, FOR ACCOUNT BALANCE CONTACT LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 215-790-1117 (FAX 215 790-1197)  OR GOEHRING, RUTTER & BOEHM AT (215) 735-1910, (FAX:  (215) 735-1618) OR PIONEER COLLECTION AGENCY AT (866) 439-1318, (FAX: 888-478-7563).  YOUR PROPERTY HAS NOT BEEN SOLD ONLY THE DELINQUENT LIEN BALANCE WAS SOLD.  NOTE: (AS TO LIENS SOLD BY THE CITY), CITY RECORDS WILL NO LONGER REFLECT THE AMOUNT NECESSARY TO SATISFY SUCH LIENS AND CANNOT BE RELIED UPON FOR THIS PURPOSE.

2024 to 2025 City and School Taxes $2,987.18 (Plus Interest, Penalty and Costs)
Produce receipts for the years 2024 and 2025.
2025 Assessment $213,400.00 (Taxable) $100,000.00 (Exempt).

The current owner of the proposed insured property noted herein receives a tax exemption.

17. CURRENT WATER AND SEWER RENTS:
Account Number: 046-56485-10807-001

The City of Philadelphia now requires the use of a Water Access Code (located on water bills) to obtain account balance information.  Water Access Code to be provided sufficiently in advance of closing in order to obtain account balance information.

Possible excess water and sewer rents from the date of the last reading; billings since that time have been based on estimates.

18. MECHANICS AND MUNICIPAL CLAIMS:

A.  Liens have been filed for the year 2024, which will be discharged upon payment of

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File #  GEN-51751-SO

## TITLE SEARCH REPORT / ABSTRACT
## REQUIREMENTS continued

taxes, interest, penalties and costs. Company assumes no liability for same if payment is not made.

B. MODENA DR 10807 2101W20001703 1162.11 07-JAN-21 662059600 CLAIM FOR WATER

MODENA DR 10807 2210W22001840 1233.85 05-OCT-22 662059600 CLAIM FOR WATER

MODENA DR 10807 2311L22000310 172.75 06-NOV-23 662059600 DEPT. OF L&I CLA

MODENA DR 10807 2410W24001869 1137.44 31-OCT-24 662059600 CLAIM FOR WATER

19. MORTGAGES:

A. Amount: $243.000.00 (Home Equity Conversion Mortgage)
   Mortgagor: Dorothy P. Delgado, individually
   Mortgagee: MERS as nominee for Generation Mortgage Company
   Dated: 01/18/2013 and Recorded 02/07/2013 as Document No. 52596001.

   Last assigned to Secretary of Housing and Urban Development recorded 11/08/2018 as Document No. 53440672.

B. Amount: $243,000.00 (Home Equity Conversion Second Mortgage)
   Mortgagor: Dorothy P. Delgado, individually
   Mortgagee: Secretary of Housing and Urban Development
   Dated: 01/18/2013 and Recorded 02/07/2013 as Document No. 52596002.

20. JUDGMENTS:  1 ATTACHED HERETO.

21. U.S. Bankruptcy Court, Eastern District of Pennsylvania - No Open Cases Found

22. Proof that no parties to this transaction are involved in bankruptcy proceedings; if bankruptcy has been filed, same to be examined; possible additional requirements/exceptions to be added.

23. Prior to settlement, search of statewide support lien system (http://www.childsupport.state.pa.us) to be performed to determine the existence of support arrearages, if any. Company or its Agent to be provided with social security numbers of all natural persons that are a party to the transaction so that this search can be performed by the closing officer no more than 30 days in advance of closing.

24. Names of all relevant parties to the within real estate transaction to be searched prior to closing to verify that they are not Specially Designated Nationals subject to the provisions of President's Executive Order Targeting Terrorist Assets.

25. Owner's Affidavit on Company form to be executed by sellers or mortgagors and filed with Company.

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File #  GEN-51751-SO

## TITLE SEARCH REPORT / ABSTRACT
### REQUIREMENTS continued

26. Notice: Please be aware that due to the conflict between federal and state laws concerning the cultivation, distribution, manufacture or sale of marijuana, the Company is not able to close or insure any transaction involving Land that is associated with these activities.

27. Name of mortgagor to be furnished and additional searches made.

28. Last Insured: Brokers Title Company, Inc.; No. BT19549; Dated: 09/13/1974; Amount: $19,320.61.

29. The following note is for Informational Purposes Only:

    The following deed(s) affecting said land were recorded within six (6) months of the date of this report: NONE

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File #  GEN-51751-SO

TITLE SEARCH REPORT / ABSTRACT
EXCEPTIONS

In the event that one or more of the Exceptions listed below references covenants, conditions and/or restrictions, please note that the Exception(s) specifically exclude any covenants or restrictions, if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

1. Any defect, lien, encumbrance, adverse claim, or other matter that appears for the first time  in the Public Records or is created, attaches, or is disclosed between the Report Date and the date on which all of the Schedule B, Part I - Requirements are met.

2. Rights or claims of parties in possession of the land not shown by the public record.

3. Any lien, or right to a lien, for services, labor or materials heretofore or hereafter furnished, imposed by law and not shown by the public records.

4. Easements, encroachments, overlaps, shortages of area, boundary line disputes and other matters affecting title that an accurate and complete survey would disclose.

5. Real estate taxes for the current and prior tax years which are hereafter assessed and are not yet due and payable.

6. Possible outstanding City of Philadelphia Municipal Liens for work done prior to closing but not indexed as a lien as of Date of Policy.

7. Under and Subject to a mortgage since reduced by payments of principal and interest to $10,179.39.

8. Restrictions affecting title as in Deed Book CAB 1971 Page 399 and CAB 2207 Page 87.

9. Declaration of Restrictions as in Deed Book CAB 1878 page 119.

Case ID: 250400198
Control No.: 25040354

TW File # 12193308
File #  GEN-51751-SO

## TITLE SEARCH REPORT / ABSTRACT
## LEGAL DESCRIPTION

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the 66th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, and described in accordance with a Plan of Property made of Gelman and Curcillo, Inc. by John J. McDevitt, Surveyor and Regulator of the Fourth District dated April 25, 1963, as follows, to wit:

BEGINNING at a point on the Southeasterly side of Modena Drive (50 feet wide) which point is measured along the arc of a circle curving to the right having a radius of three-hundred feet the arc distance of One hundred seventy-four feet eight and seven-eighths inches from a point of compound curve which point of compound curve is measured along the arc of a circle curving to the right having a radius of fifteen feet the arc distance of twenty-four feet four and one-fourth inches from a point of curve on the Northeasterly side of Pedrick Road fifty feet wide; thence from said point of beginning measured along the arc of a circle curving to the right having a radius of three hundred feet the arc distance of seventeen feet eleven and three-fourths inches to a point; thence extending South forty-five degrees six minutes thirty seconds East partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining on the Northeast one hundred fifteen feet six and one-half inches to a point; thence extending South forty-nine degrees thirty-two minutes, sixteen seconds West eighteen feet one-half inches to a point; thence extending North forty-five degrees six minutes thirty seconds West partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining to the Southwest one hundred fourteen feet one-fourth inches to a point on the Southeasterly side of Modena Drive, being the point and place of beginning.

BEING Lot No. 4-I.C. on said Plan.

BEING known as No. 10807 Modena Drive.

Being the same premises which William N. Karl, Jr. and Patricia Karl, his wife by Deed dated 09/09/1974 and recorded 09213/1974 in Philadelphia County in DCC 708 Page 49 conveyed unto Dorothy P. Delgado, Trustee for Frank Jr., Phillip and Cheryl Delgado, in fee.

Being the same premises which Dorothy P. Delgado, Trustee for Frank Jr., Phillip and Cheryl Delgado by Deed dated 01/10/2013 and recorded 02/07/2013 in Philadelphia County as Document No. 52596000 conveyed unto Dorothy P. Delgado, individually, in fee. ($1.00 consideration)

Case ID: 250400198
Control No.: 25040354

eRecorded in Philadelphia PA    Doc Id:52596000
02/07/2013 01:04PM        Receipt#: 1204933
Page 1 of 8              Rec Fee: $230.00
Commissioner of Records    Doc Code: D
State RTT: $0.00    Local RTT: $0.00

NO CONSIDERATION
NO TITLE SEARCH
NO TITLE EXAMINATION

Parcel No. 158N6-218

## THIS INDENTURE

Made this 10th day of _____, 2013, by and between Dorothy P. Delgado, Trustee for Frank, Jr., Phillip and Cheryl Delgado (hereinafter called the Grantor(s)), party(ies) of the first part, and Dorothy P. Delgado, Individually (hereinafter called Grantee(s)), party(ies) of the second part.

WITNESSETH, that the said Grantor(s), for and in consideration of the sum of $1.00, lawful money of the United States of America unto him/her/them well and truly paid by said Grantee(s), at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has/have granted, bargained and sold, released and confirmed, and by these presents do(es) grant, bargain and sell, release and confirm unto the said Grantee(s), his/her/their heirs and assigns, in fee, as sole owner.

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, Situate in the 66th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, and described in accordance with a Plan of Property made of Gelman and Curcillo, Inc. by John J. McDevitt, Surveyor and Regulator of the Fourth District dated April 25, 1963, as follows, to wit:

BEGINNING at a point on the Southeasterly side of Modena Drive (50 feet wide) which point is measured along the arc of a circle curving to the right having a radius of three-hundred feet the arc distance of One hundred seventy four feet eight and seven eighths inches from a point of compound curve which point of compound curve is measured along the arc of a circle curving to the right having a radius of fifteen feet the arc distance of twenty four feet four and one-fourth inches from a point of curve on the Northeasterly side of Pedrick Road fifty feet wide; thence from said point of beginning measured along the arc of a circle curving to the right having a radius of three hundred feet the arc distance of seventeen feet eleven and three-fourths inches to a point; thence extending South forty-five degrees six minutes thirty seconds East partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining on the Northeast one hundred fifteen feet six and one-half inches to a point; thence extending South forty-nine degrees thirty two minutes, sixteen seconds West eighteen feet one-half inches to a point; thence extending North forty-five degrees six minutes thirty

Case ID: 250400198
Control No.: 25040354

seconds West partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining to the Southwest one hundred fourteen feet one fourth inches to a point on the Southeasterly side of Modena Drive, being the point and place of beginning.

Parcel #: 158N6-218

BEING Lot No. 4-I.C. on said plan. House No. 10807 Modena Drive.

UNDER AND SUBJECT to Restrictions as in Deed Book CAB 1971 page 399.

BEING the same premises which by Indenture dated September 9, 1974 and recorded among the Land Records of City of Philadelphia in Book DCC 708, page 49 was granted and conveyed from William N. Karl, Jr. and Patricia Karl, his wife unto Dorothy P. Delgado, Trustee for Frank, Jr., Phillip and Cheryl Delgado, the within Grantor(s), in fee.

which has an address of 10807 Modena Drive, Philadelphia, PA 19154.

UNDER AND SUBJECT to certain restrictions of record.

TOGETHER with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments, and appurtenances, whatsoever unto the hereby granted premises belonging or in any way pertaining, and the reversions and remainders, rents, issues, and profits thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of the said grantor(s), as well at law as in equity, of, in, and to the same.

TO HAVE AND TO HOLD the said lot or piece of ground above described with the building and improvements and hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee(s), as sole owner, his/her/their heirs and assigns, to and for the only proper use and behoof of the said Grantee(s), his/her/their heirs and assigns forever.

AND the said Grantor(s), for him/her/themselves, his/her/their heirs, executors and administrators do(es) covenant, promise and agree, to and with the said Grantee(s), his/her/their heirs and assigns, by these presents, that the said Grantor(s), and their heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee(s), his/her/their heirs and assigns against the said Grantor(s) and his/her/their heirs and against all and every persons whomsoever lawfully claiming or to

Case ID: 250400198
Control No.: 25040354

claim the same or any part thereof, by, from or under him/her or them, shall and will **WARRANT** and forever **DEFEND**.

**IN WITNESS WHEREOF**, the party(ies) of the first part, hereunto set his/her/their hand(s) and seal(s). Dated the day and year first above written.

Sealed and Delivered}
In the presence of us}

_____

_____ (SEAL)
Dorothy P. Delgado, Trustee
for Frank, Jr., Phillip and
Cheryl Delgado

**COMMONWEALTH OF PENNSYLVANIA,**
**CITY/COUNTY OF** _Philadelphia_ **TO WIT:**

   **I HEREBY CERTIFY**, That on this _10_ day of _Jan_ 2013, before me, a Notary Public of the State aforesaid, personally appeared **Dorothy P. Delgado, Trustee for Frank, Jr., Phillip and Cheryl Delgado**, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged the foregoing Indenture to be his/her/their act, and in my presence signed and sealed the same.

   **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

| NOTARIAL SEAL |
| WALLACE L DENNIS JR |
| Notary Public |
| MANCHESTER TWP, YORK COUNTY |
| My Commission Expires June 23, 2013 |

_____
Notary Public

My Commission expires:

   **I HEREBY CERTIFY** that the precise residence and complete post office address for the Grantee(s) herein is **10807 Modena Drive, Philadelphia, PA 19154.**

_____
Dorothy P. Delgado

File No.: 127740PA ✔
PLEASE RETURN TO:
Summit Settlement Services Company
Suite 502, Lafayette Building
40 W. Chesapeake Avenue
Towson, Maryland 21204

| COMMONWEALTH OF PENNSYLVANIA |
| NOTARIAL SEAL |
| Wallace L Dennis Jr, Notary Public |
| Manchester Township, York County |
| My commission expires June 23, 2013 |

Case ID: 250400198
Control No.: 25040354

| | BOOK NO. | PAGE NO. |
|---|---|---|

# PHILADELPHIA REAL ESTATE
# TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

## A. CORRESPONDENT — All inquiries may be directed to the following person:

NAME
Summit Title Company

TELEPHONE NUMBER
AREA CODE 410 583-5353

STREET ADDRESS
40 W Chesapeake Ave #502

CITY
Towson

STATE
MD

ZIP CODE
21204

## B. TRANSFER DATA

DATE OF ACCEPTANCE OF DOCUMENT:

GRANTOR(S)/LESSOR(S)
Dorothy P. Delgado, Trustee for Frank Jr,

GRANTEE(S)/LESSEE(S)
Dorothy P. Delgado

STREET ADDRESS
10807 Modena Drive

STREET ADDRESS
10807 Modena Drive

CITY
Philadelphia
STATE PA
ZIP CODE 19154

CITY
Philadelphia
STATE PA
ZIP CODE 19154

## C. PROPERTY LOCATION

STREET ADDRESS
10807 Modena Drive

CITY, TOWNSHIP, BOROUGH

COUNTY
Philadelphia

SCHOOL DISTRICT

TAX PARCEL NUMBER
158N6-218

## D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $1.00 | + $0.00 | = $1.00 |
| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
| $21,696.00 | x 3.97 | = $86,133.12 |

## E. EXEMPTION DATA

1A. PERCENTAGE OF EXEMPTION

1B. PERCENTAGE OF INTEREST CONVEYED

2. **Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession _____
(NAME OF DECEDENT)  (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____ Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☒ Other (Please explain exemption claimed, if other than listed above.) Deed from Dorothy P. Delgado as Trustee for Frank, Jr, Phillip and Cheryl Delgado unto Dorothy P. Delgado, Individually

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY

DATE 2-7-13

82-127 (Rev. 6/93)  (SEE REVERSE)

Case ID: 250400198
Control No.: 25040354

158n6—218

No. 330-P   Fee Simple Deed — Typewriter   D— 708-049
Yeo & Lukens Co.                              Philadelphia

295
295

# This Indenture Made the    9th

day of    September    in the year of our Lord one thousand nine

hundred and    SEVENTY-FOUR    (1974)    Between

WILLIAM N. KARL, JR. AND PATRICIA KARL, HIS WIFE

(hereinafter called the Grantor s ), of the one part, and

DOROTHY P. DELGADO, TRUSTEE FOR FRANK, JR., PHILLIP AND
CHERYL DELGADO

(hereinafter called the Grantee ), of the other part;

**Witnesseth,** That the said Grantor s for and in consideration of the sum of
NINETEEN THOUSAND THREE HUNDRED TWENTY AND 61/100 ($19,320.61) lawful
money of the United States of America, unto   them   well and truly paid by the said
Grantee   at and before the sealing and delivery of these presents, the receipt whereof is
hereby acknowledged, ha th   granted, bargained, sold, aliened, enfeoffed, released and
confirmed, and by these presents doth   grant, bargain, sell, alien, enfeoff, release and
confirm unto the said Grantee   her heirs   and Assigns, As Trustee.

ALL THAT CERTAIN Lot or piece of ground with the buildings and improvements thereon erected, Situate in the 66th Ward of the City of Philadelphia, Commonwealth of Penna. and described in accordance with a Plan of Property made of Gelman and Curoillo, Inc. by John J. McDevitt, Surveyor and Regulator of the Fourth District dated April 25, 1963, as follows, to wit:—

BEGINNING at a point on the Southeasterly side of Modena Drive (50 feet wide) which point is measured along the arc of a circle curving to the right having a radius of three-hundred feet the arc distance of one hundred seventy four feet eight and seven eighths inches from a point of compound curve which point of compound curve is measured along the arc of a circle curving to the right having a radius of fifteen feet the arc distance of twenty four feet four and one-fourth inches from a point of curve on the Northeasterly side of Pedrick Road fifty feet wide; thence from said point of beginning measured along the arc of a circle curving to the right having a radius of three hundred feet the arc distance of seventeen feet eleven and three-fourths inches to a point; thence extending South forty-five degrees six minutes thirty seconds East partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining on the Northeast one hundred fifteen feet six and one-half inches to a point; thence extending South forty-nine degrees thirty two minutes, sixteen seconds West eighteen feet one-half inches to a point; thence extending North forty-five degrees six minutes thirty seconds West partly passing through

66
13

Cont'd

Case ID: 250400198
Control No.: 25040354

the center of the party wall of the house erected on this lot and the house erected on the lot adjoining to the Southwest one hundred fourteen feet one fourth inches to a point on the Southeasterly side of Modena Drive, being the point and place of beginning.

BEING Lot No. 4-I.C. on said Plan. House No.10807 Modena Drive.

Parcel # 158N6-248

UNDER AND SUBJECT to Restrictions as in Deed Book CAB 1971 page 399.

BEING the same premises which Modena Homes, Inc. (Pa. Corp.) by Indenture bearing date the 11th day of June A.D., 1963 and recorded at Philadelphia in the Office for the Recording of Deeds, in and for the County of Philadelphia on the 19th day of July A.D., 1963 in Deed Book CAB 2207 page 87 &c., granted and conveyed unto WILLIAM N. KARL, JR. AND PATRICIA, HIS WIFE IN FEE.

UNDER AND SUBJECT to a mortgage since reduced by payments of principal and interest to $10,179.39.

IN TRUST, nevertheless for the following uses, intents and purposes and under and subject to the several provisos, restrictions, limitations and conditions following, that is to say that she the said DOROTHY P. DELGADO, Trustee as aforesaid shall manage let and demise and take and receive the rents, issues and profits of the said hereby granted premises for and during the term of her natural life, or may occupy the said premises for and during the term of her natural life, the said Dorothy P. Delgado, Trustee paying all taxes and charges on the said hereby granted premises and all necessary and proper repairs thereof, and from and immediately upon the death of the said Dorothy P. Delgado, Trustee then the said premises to vest in her children, FRANK, JR., PHILLIP AND CHERYL DELGADO, their heirs and assigns, free and clear of any and all trusts and limitations whatsoever.

AND it shall and may be lawful for the said Dorothy P. Delgado, Trustee as aforesaid, at any time during the continuance of the said trust, to sell and dispose of the said hereby granted premises or any part thereof, and by proper deed or deeds, conveyances or assurances in the law without the consent of the said Dorothy P. Delgado, to grant and convey and assure the same to the purchaser or purchasers thereof, his, her, their heirs, successors and assigns, without any liability on the part of the purchaser or purchasers as to the application of the purchase money; or to convey in mortgage the said premises or any part thereof with the appurtenances unto any person or persons, corporation or corporations whatsoever, as and for security for any sum or sums of money loaned or advanced to her the said Dorothy P. Delgado, trustee as aforesaid, without the consent of the said Dorothy P. Delgado, freed and discharged from any trust or limitation whatsoever and without any liability whatever on the part of the mortgagee or mortgagees as to the application of the mortgage money.



Case ID: 250400198
Control No.: 25040354

D- 708-051

**Together** with all and singular buildings improvements, ways, streets, alleys, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantors, in law, equity, or otherwise howsoever, of, in, and to the same and every part thereof.

**To have and to hold** the said lot or piece of ground above described with the buildings and improvements thereon erected, & with the hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee , her heirs and Assigns, to and for the only proper use and behoof of the said Grantee ,her heirs and Assigns forever. As trustee.

      

**And** the said Grantors, their

Heirs, Executors, and Administrators **doth** by these presents covenant, grant and agree, to and with the said Grantee , her heirs and Assigns, that they the said Grantors, their

Heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee , her heirs and Assigns, against them the said Grantors, their

Heirs, and against all and every other Person and Persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under or any of them, Shall and Will SUBJECT AS AFORESAID WARRANT and forever DEFEND.

**In Witness Whereof** the said part ies of the first part to these presents hereunto set their hand s and seal s . Dated the day and year first above written.

Signed, Sealed and Delivered }
IN THE PRESENCE OF US

WILLIAM N. KARL, JR. (SEAL)

PATRICIA KARL (SEAL)

(SEAL)

D- 708-052

STATE OF Pennsylvania } SS.
COUNTY OF Philadelphia

On this, the 9th day of September 19 74, before me, A Notary Public in and for the Commonwealth of Pennsylvania the undersigned officer, personally appeared WILLIAM N. KARL, JR. AND PATRICIA, HIS WIFE known to me (or satisfactorily proven) to be the person s whose name s are subscribed to the within instrument, and acknowledged that t hey executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_Notary Public, Philadelphia, Philadelphia Co._
_My Commission Expires March 27, 1976_
_Title of Officer_

**Deed**

BROKERS TITLE COMPANY, INC.
BT#4 19549   335

WILLIAM N. KARL, JR. AND
PATRICIA KARL, HIS WIFE

TO

DOROTHY P. DELGADO, TRUSTEE

PREMISES:-
10807 Modena Drive
Philadelphia, Pennsylvania

Philadelphia

No. 250-P
Teo & Leive Co.,

**GRIFE & SLUTZKY**
REALTORS
7360 CASTOR AVE.
(ENTRANCE ON ALBEN ST.)
PHILA., PA. 19152   742-3232
P-11173

Sep 13  3 52 AM '74

The residence of the within-named Grantee is

10807 Modena Drive, Phila.

On Behalf of said Grantee

DEED  < 9649  •  335   D  — —

750





No Items in Cart    **LOGIN**

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 220100819 |
| **Case Caption:** | PA VS DELGADO |
| **Filing Date:** | Wednesday, January 12th, 2022 |
| **Court:** | JUDGMENTS |
| **Location:** | CITY HALL |
| **Jury:** | NON JURY |
| **Case Type:** | CMWLTH - DEPT OF REV/TAX LIEN |
| **Status:** | LIEN FILED-INDIVIDUAL |
| **Cross Reference:** | JD 99432 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | COMMONWEALTH OF PA DEPARTMENT OF REVENUE BUREAU COMPLIANCE |
| **Address:** | PA DEPT OF REVENUE PO BOX 280948 HARRISBURG PA 17128-0948 (717)787-3911 | **Aliases:** | *none* | |
| | | | | |
| 2 | | | DEFENDANT | DELGADO, DOROTHY P |
| **Address:** | 10807 MODENA DR PHILADELPHIA PA 19154-3915 | **Aliases:** | *none* | |

**Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 12-JAN-2022 12:30 AM | ACTIVE CASE | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 12-JAN-2022 12:30 AM | LIEN FILED-INDIVIDUAL | | $4,029.09 |
| **Documents:** | Click link(s) to preview/purchase the documents<br>JDIND_2.pdf | | Click HERE to purchase all documents related to this one docket entry |
| **Docket Entry:** | CERTIFIED COPY OF LIEN IN THE AMOUNT OF $4,029.09 FILED. NOTICE GIVEN PURSUANT TO PARCP 236. | | |

▶Case Description    ▶Related Cases    ▶Event Schedule    ▶Case Parties    ▶Docket Entries

[ Search Home ]  [ Return to Results ]

Case ID: 250400198
Control No.: 25040354

REV bL008 7

PA DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
LIEN SECTION
PO BOX 280948
HARRISBURG PA 17128-0948

 **pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

*Filed and Attested by the Office of Judicial Records 12 JAN 2022 12:30 am*

**CERTIFIED COPY OF LIEN**

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,
PENNSYLVANIA

DOROTHY P DELGADO
10807 MODEN LN X
PHILADELPHIA PA 2019-2024

| | |
|---|---|
| Docket Number | |
| Docket Date | |
| ID Number | 4625 |
| Notice Date | 1/18/2022 |
| Letter ID | L0007993077 |
| Lien ID | 99432 |

To the Prothonotary of said court: Pursuant to the laws of the Commonwealth of Pennsylvania, there is herewith your certified certified copy of a lien to be entered of record by your city.

**Summary of lien**

| Tax Type | Account ID | Tax | Total |
|---|---|---|---|
| Personal Income Tax | 176 | 2,491.00 | 3,928.40 |
| | | **2,491.00** | **3,928.40** |
| | | Filing Fee(s) | 100.69 |
| | | Satisfaction Fee(s) | 0.00 |
| | | Settlement Total | 4,029.09 |

**INTEREST CALCULATION DATE: 4/3/2022**

The undersigned, The Secretary of Revenue (or authorized delegate) of the Commonwealth of Pennsylvania, certifies this to be a true and correct copy of a lien against the above-named taxpayer for unpaid tax, interest, additions or penalties thereon due from such taxpayer and which, after demand for payment thereof, remains unpaid. The amount of such unpaid tax, interest, additions or penalties is a lien in favor of the Commonwealth of Pennsylvania upon the taxpayer's property - real, personal, or both - as the case may be.

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

*Sean Washington*

SECRETARY OF REVENUE (OR AUTHORIZED DELEGATE)

1/18/2022
DATE

Case ID: 230400899
Control No.: 25040354

PART 1 - TO BE RETAINED BY RECORDING OFFICE



Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM

# Exhibit "2"

Case ID: 250400198
Control No.: 25040354

eRecorded in Philadelphia PA Doc Id:52596000
02/07/2013 01:04PM        Receipt#: 1204933
Page 1 of 8              Rec Fee: $230.00
Commissioner of Records   Doc Code: D
State RTT: $0.00    Local RTT: $0.00

**NO CONSIDERATION**
**NO TITLE SEARCH**
**NO TITLE EXAMINATION**

**Parcel No. 158N6-218**

**THIS INDENTURE**

**Made this** _10_ **day of** _Jan_____, 2013, by and between **Dorothy P. Delgado, Trustee for Frank, Jr., Phillip and Cheryl Delgado** (hereinafter called the Grantor(s)), party(ies) of the first part, and **Dorothy P. Delgado, Individually** (hereinafter called Grantee(s)), party(ies) of the second part.

**WITNESSETH,** that the said Grantor(s), for and in consideration of the sum of **$1.00,** lawful money of the United States of America unto him/her/them well and truly paid by said Grantee(s), at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has/have granted, bargained and sold, released and confirmed, and by these presents do(es) grant, bargain and sell, release and confirm unto the said Grantee(s), his/her/their heirs and assigns, in fee, as sole owner.

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected, Situate in the 66th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, and described in accordance with a Plan of Property made of Gelman and Curcillo, Inc. by John J. McDevitt, Surveyor and Regulator of the Fourth District dated April 25, 1963, as follows, to wit:

**BEGINNING** at a point on the Southeasterly side of Modena Drive (50 feet wide) which point is measured along the arc of a circle curving to the right having a radius of three-hundred feet the arc distance of One hundred seventy four feet eight and seven eighths inches from a point of compound curve which point of compound curve is measured along the arc of a circle curving to the right having a radius of fifteen feet the arc distance of twenty four feet four and one-fourth inches from a point of curve on the Northeasterly side of Pedrick Road fifty feet wide; thence from said point of beginning measured along the arc of a circle curving to the right having a radius of three hundred feet the arc distance of seventeen feet eleven and three-fourths inches to a point; thence extending South forty-five degrees six minutes thirty seconds East partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining on the Northeast one hundred fifteen feet six and one-half inches to a point; thence extending South forty-nine degrees thirty two minutes, sixteen seconds West eighteen feet one-half inches to a point; thence extending North forty-five degrees six minutes thirty

Case ID: 250400198
Control No.: 25040354

seconds West partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining to the Southwest one hundred fourteen feet one fourth inches to a point on the Southeasterly side of Modena Drive, being the point and place of beginning.

Parcel #: 158N6-218

BEING Lot No. 4-I.C. on said plan. House No. 10807 Modena Drive.

UNDER AND SUBJECT to Restrictions as in Deed Book CAB 1971 page 399.

BEING the same premises which by Indenture dated September 9, 1974 and recorded among the Land Records of City of Philadelphia in Book DCC 708, page 49 was granted and conveyed from William N. Karl, Jr. and Patricia Karl, his wife unto Dorothy P. Delgado, Trustee for Frank, Jr., Phillip and Cheryl Delgado, the within Grantor(s), in fee.

which has an address of 10807 Modena Drive, Philadelphia, PA 19154.

UNDER AND SUBJECT to certain restrictions of record.

TOGETHER with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments, and appurtenances, whatsoever unto the hereby granted premises belonging or in any way pertaining, and the reversions and remainders, rents, issues, and profits thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of the said grantor(s), as well at law as in equity, of, in, and to the same.

TO HAVE AND TO HOLD the said lot or piece of ground above described with the building and improvements and hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee(s), as sole owner, his/her/their heirs and assigns, to and for the only proper use and behoof of the said Grantee(s), his/her/their heirs and assigns forever.

AND the said Grantor(s), for him/her/themselves, his/her/their heirs, executors and administrators do(es) covenant, promise and agree, to and with the said Grantee(s), his/her/their heirs and assigns, by these presents, that the said Grantor(s), and their heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee(s), his/her/their heirs and assigns against the said Grantor(s) and his/her/their heirs and against all and every persons whomsoever lawfully claiming or to

Case ID: 250400198
Control No.: 25040354

claim the same or any part thereof, by, from or under him/her or them, shall and will **WARRANT** and forever **DEFEND**.

**IN WITNESS WHEREOF**, the party(ies) of the first part, hereunto set his/her/their hand(s) and seal(s). Dated the day and year first above written.

Sealed and Delivered}
In the presence of us}

_____

_____ (SEAL)
Dorothy P. Delgado, Trustee
for Frank, Jr., Phillip and
Cheryl Delgado

COMMONWEALTH OF PENNSYLVANIA,
CITY/COUNTY OF *Philadelphia* TO WIT:

    **I HEREBY CERTIFY**, That on this *10* day of *Jan.* 2013, before me, a Notary Public of the State aforesaid, personally appeared **Dorothy P. Delgado, Trustee for Frank, Jr., Phillip and Cheryl Delgado**, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged the foregoing Indenture to be his/her/their act, and in my presence signed and sealed the same.

    **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

```
NOTARIAL SEAL
WALLACE L DENNIS JR
Notary Public
MANCHESTER TWP, YORK COUNTY
My Commission Expires June 23, 2013
```

_____
Notary Public

My Commission expires:

    **I HEREBY CERTIFY** that the precise residence and complete post office address for the Grantee(s) herein is **10307 Modena Drive, Philadelphia, PA 19154.**

_____
Dorothy P. Delgado

File No.: 127740PA ✔
PLEASE RETURN TO:
Summit Settlement Services Company
Suite 502, Lafayette Building
40 W. Chesapeake Avenue
Towson, Maryland 21204

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Wallace L Dennis Jr, Notary Public
Manchester Township, York County
My commission expires June 23, 2013
```

| BOOK NO. | PAGE NO. |
|----------|----------|
| | |

DATE RECORDED

CITY TAX PAID

# PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

## A. CORRESPONDENT — All inquiries may be directed to the following person:

NAME: **Summit Title Company**

TELEPHONE NUMBER: AREA CODE (410) 583-5353

STREET ADDRESS: 40 W Chesapeake Ave #502     CITY: Towson     STATE: MD     ZIP CODE: 21204

## B. TRANSFER DATA

DATE OF ACCEPTANCE OF DOCUMENT:

GRANTOR(S)/LESSOR(S): Dorothy P. Delgado, Trustee for Frank Jr,

GRANTEE(S)/LESSEE(S): Dorothy P. Delgado

STREET ADDRESS: 10807 Modena Drive

STREET ADDRESS: 10807 Modena Drive

CITY: Philadelphia     STATE: PA     ZIP CODE: 19154

CITY: Philadelphia     STATE: PA     ZIP CODE: 19154

## C. PROPERTY LOCATION

STREET ADDRESS: 10807 Modena Drive

CITY, TOWNSHIP, BOROUGH:

COUNTY: Philadelphia     SCHOOL DISTRICT:     TAX PARCEL NUMBER: 158N6-218

## D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $1.00 | + $0.00 | = $1.00 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| $21,696.00 | x 3.97 | = $86,133.12 |

## E. EXEMPTION DATA

1A. PERCENTAGE OF EXEMPTION

1B. PERCENTAGE OF INTEREST CONVEYED

2. Check Appropriate Box Below for Exemption Claimed

- ☐ Will or intestate succession _____ _____
  (NAME OF DECEDENT)                (ESTATE FILE NUMBER)

- ☐ Transfer to Industrial Development Agency.

- ☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

- ☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $_____

- ☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

- ☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____ Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

- ☐ Corrective deed (Attach copy of the prior deed).

- ☒ Other (Please explain exemption claimed, if other than listed above.) Deed from Dorothy P. Delgado as Trustee for Frank, Jr, Phillip and Cheryl Delgado unto Dorothy P. Delgado, Individually

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY: *Laura Merkel*     DATE: 2-7-13

82-127 (Rev. 6/93)     (SEE REVERSE)

Case ID: 250400198
Control No.: 25040354

158N6—218

No. 330-P   Fee Simple Deed – Typewriter
Tee & Luhrm Co.                Philadelphia

D- 708-049

# This Indenture Made the 9th.

day of September in the year of our Lord one thousand nine
hundred and SEVENTY-FOUR (1974) Between

WILLIAM N. KARL, JR. AND PATRICIA KARL, HIS WIFE

(hereinafter called the Grantor s ), of the one part, and

DOROTHY P. DELGADO, TRUSTEE FOR FRANK, JR., PHILLIP AND
CHERYL DELGADO

(hereinafter called the Grantee ), of the other part;

**Witnesseth,** That the said Grantor s for and in consideration of the sum of
NINETEEN THOUSAND THREE HUNDRED TWENTY AND 61/100 ($19,320.61) lawful
money of the United States of America, unto them well and truly paid by the said
Grantee at and before the sealing and delivery of these presents, the receipt whereof is
hereby acknowledged, ha th granted, bargained, sold, aliened, enfeoffed, released and
confirmed, and by these presents doth grant, bargain, sell, alien, enfeoff, release and
confirm unto the said Grantee her heirs and Assigns, As Trustee.

ALL THAT CERTAIN Lot or piece of ground with the buildings and im-
provements thereon erected, Situate in the 66th Ward of the City of
Philadelphia, Commonwealth of Penna. and described in accordance
with a Plan of Property made of Gelman and Curoillo, Inc. by John
J. McDevitt, Surveyor and Regulator of the Fourth District dated
April 25, 1963, as follows, to wit:-

66
13

BEGINNING at a point on the Southeasterly side of Modena Drive (50
feet wide) which point is measured along the arc of a circle curving
to the right having a radius of three-hundred feet the arc distance
of One hundred seventy four feet eight and seven eighths inches from
a point of compound curve which point of compound curve is measured
along the arc of a circle curving to the right having a radius of
fifteen feet the arc distance of twenty four feet four and one-fourth
inches from a point of curve on the Northeasterly side of Pedrick
Road fifty feet wide; thence from said point of beginning measured
along the arc of a circle curving to the right having a radius of
three hundred feet the arc distance of seventeen feet eleven and
three-fourths inches to a point; thence extending South forty-five
degrees six minutes thirty seconds East partly passing through the
center of the party wall of the house erected on this lot and the
house erected on the lot adjoining on the Northeast one hundred
fifteen feet six and one-half inches to a point; thence extending
South forty-nine degrees thirty two minutes, sixteen seconds West
eighteen feet one-half inches to a point; thence extending North forty-
five degrees six minutes thirty seconds West partly passing through

Cont'd

Case ID: 250400198
Control No.: 25040354

the center of the party wall of the house erected on this lot and
the house erected on the lot adjoining to the Southwest one hundred
fourteen feet one fourth inches to a point on the Southeasterly
side of Modena Drive, being the point and place of beginning.

Parcel # 158N6-218

BEING Lot No. 4-I.C. on said Plan. House No.10807 Modena Drive.

UNDER AND SUBJECT to Restrictions as in Deed Book CAB 1971 page 399.

BEING the same premises which Modena Homes, Inc. (Pa. Corp.) by
Indenture bearing date the 11th day of June A.D., 1963 and recorded
at Philadelphia in the Office for the Recording of Deeds, in and for
the County of Philadelphia on the 19th day of July A.D., 1963 in
Deed Book CAB 2207 page 87 &c., granted and conveyed unto WILLIAM
N. KARL, JR. AND PATRICIA, HIS WIFE IN FEE.

UNDER AND SUBJECT to a mortgage since reduced by payments of principal
and interest to $10,179.39.


IN TRUST, nevertheless for the following uses, intents and purposes
and under and subject to the several provisos, restrictions, limit-
ations and conditions following, that is to say that she the said
DOROTHY P. DELGADO, Trustee as aforesaid shall manage let and demise
and take and receive the rents, issues and profits of the said
hereby granted premises for and during the term of her natural life,
or may occupy the said premises for and during the term of her
natural life, the said Dorothy P. Delgado, Trustee paying all taxes
and charges on the said hereby granted premises and all necessary
and proper repairs thereof, and from and immediately upon the death
of the said Dorothy P. Delgado, Trustee then the said premises to
vest in her children, FRANK, JR., PHILLIP AND CHERYL DELGADO, their
heirs and assigns, free and clear of any and all trusts and limit-
ations whatsoever.

AND it shall and may be lawful for the said Dorothy P. Delgado,
Trustee as aforesaid, at any time during the continuance of the
said trust, to sell and dispose of the said hereby granted premises
or any part thereof, and by proper deed or deeds, conveyances or
assurances in the law without the consent of the said Dorothy P.
Delgado, to grant and convey and assure the same to the purchaser
or purchasers thereof, his, her, their heirs, successors and assigns,
without any liability on the part of the purchaser or purchasers
as to the application of the purchase money; or to convey in
mortgage the said premises or any part thereof with the appurtenances
unto any person or persons, corporation or corporations whatsoever,
as and for security for any sum or sums of money loaned or advanced
to her the said Dorothy P. Delgado, trustee as aforesaid, without
the consent of the said Dorothy P. Delgado, freed and discharged
from any trust or limitation whatsoever and without any liability
whatever on the part of the mortgagee or mortgagees as to the
application of the mortgage money.



D- 708-051

**Together** with all and singular buildings improvements, ways, streets, alleys, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantors , in law, equity, or otherwise howsoever, of, in, and to the same and every part thereof.

**To have and to hold** the said lot or piece of ground above described with the buildings and improvements thereon erected, & with the hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee , her heirs and Assigns, to and for the only proper use and behoof of the said Grantee ,her heirs and Assigns forever. As trustee.

      

K 241585   K 241580   J 202801

**And** the said Grantors, their Heirs, Executors, and Administrators **doth** by these presents covenant, grant and agree, to and with the said Grantee , her heirs and Assigns, that they the said Grantors, their Heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee , her heirs and Assigns, against them the said Grantors, their Heirs, and against all and every other Person and Persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under or any of them, Shall and Will SUBJECT AS AFORESAID WARRANT and forever DEFEND.

**In Witness Whereof** the said part ies of the first part to these presents hereunto set their hand s and seal s . Dated the day and year first above written.

Signed, Sealed and Delivered }
IN THE PRESENCE OF US

WILLIAM N. KARL, JR.                    (SEAL)

PATRICIA KARL                            (SEAL)

                                         (SEAL)

Case ID: 250400198
Control No.: 25040354

D- 708-052

STATE OF Pennsylvania } SS.
COUNTY OF Philadelphia

On this, the 9th day of September 19 74, before me, A Notary Public in and for the Commonwealth of Pennsylvania the undersigned officer, personally appeared WILLIAM N. KARL, JR. AND PATRICIA, HIS WIFE known to me (or satisfactorily proven) to be the person s whose name s are subscribed to the within instrument, and acknowledged that t hey executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Notary Public, Philadelphia, Philadelphia Co.
My Commission Expires March 27, 1976
Title of Officer

# Deed

BROKERS TITLE COMPANY, INC.
BT#4 19549

WILLIAM N. KARL, JR. AND
PATRICIA KARL, HIS WIFE

TO

DOROTHY P. DELGADO, TRUSTEE

PREMISES:
10807 Modena Drive
Philadelphia, Pennsylvania

Philadelphia

GRIFE & SLUTZKY
REALTORS
7360 CASTOR AVE.
(ENTRANCE ON ALDEN ST.)
PHILA, PA 19152  742-3232

No. 200P
Tex & Lotus Co.

P-11378

DEEDS 4989 • 335  D — 750

Sep 13 3 52 AM '74

The residence of the within-named Grantee is
10807 Modena Drive, Phila.
On behalf of said Grantee

Case ID: 250400198
Control No.: 25040354



Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM

# Exhibit "3"

Case ID: 250400198
Control No.: 25040354



Case ID: 250400198
Control No: 25040354



Case ID: 250400198
Control No.: 25040253



Case ID: 250400198
Control No.: 25040454


Case 2:25-cv-00445    Document 1-4    Filed 04/15/25    Page 61 of 73



Case ID: 250400508
Control No.: 25041554





*Filed and Attested by the Office of Judicial Records 01 APR 2025 02:17 pm D. KIM*

# Exhibit "4"

Case ID: 250400198
Control No.: 25040354



**Department of Licenses and Inspections**
City of Philadelphia

# ✕ Violation Notice and Order to Correct

**L&I File Number:** CF-2023-127164

| | | DISTRICT OFFICE |
|---|---|---|
| | V1 | |

| PROPERTY IN VIOLATION | DATE OF NOTICE |
|---|---|
| 10807 MODENA DR, Philadelphia, PA 19154-3915 | 12/20/2023 |

On 12/18/2023 the Department of Licenses and Inspections inspected/investigated the property in violation and found the following condition(s) or activity which violate the Philadelphia Code. Based on these the property is deemed:

### IN VIOLATION

The property will remain in this status until all the violations below are corrected and the Department of Licenses and Inspections has verified the corrective action. You are the person responsible for the correction of these violations.

Any permit or license obtained to comply a violation of working without or in excess of a permit or a license will result in an additional inspection fee equal to the cost of the permit or license. (Phila. Code § A-901.13)

YOU ARE ORDERED TO MAKE THE NECESSARY REPAIRS AND/OR TAKE THE NECESSARY ACTION(S) TO CORRECT THE CITED CONDITIONS PRIOR TO 12/20/2023

### VIOLATIONS

| PHILA. CODE § | FINE AMOUNT | SCAN QR CODE FOR HOW TO RESOLVE |
|---|---|---|
| 9-3905 | $300.00 |  |

**PHILA. CODE LANGUAGE**
The owner of any structure that lacks the habitual presence of human beings who have a legal right to be on the premises, or at which substantially all lawful business or construction operations or residential occupancy has ceased within the past three (3) months, shall obtain a Vacant Structure License.

**CONDITION IN VIOLATION**
Must obtain a vacant property license

**LOCATION**
10807 MODENA DR

Case ID: 250400198
Control No.: 25040354



Department of Licenses and Inspections
City of Philadelphia

# ✖ Violation Notice and Order to Correct

**L&I File Number:** CF-2023-127164

### VIOLATIONS

| PHILA. CODE § | FINE AMOUNT | SCAN QR CODE FOR HOW TO RESOLVE |
|---|---|---|
| PM15-301 | $300.00 |  |

**PHILA. CODE LANGUAGE**
All vacant structures and premises thereof or vacant land shall be maintained in a clean, safe, secure and sanitary condition as provided herein so as not to cause a blighting problem or adversely affect the public health or safety

**CONDITION IN VIOLATION**
Must maintain vacant property

**LOCATION**
10807 MODENA DR

| PHILA. CODE § | FINE AMOUNT | SCAN QR CODE FOR HOW TO RESOLVE |
|---|---|---|
| PM15-304.19V | $300.00 |  |

**PHILA. CODE LANGUAGE**
Vacant properties shall have doors, windows, and openings from the roof or other areas maintained in good repair. They shall be securely locked, fastened, or otherwise secured. Sealing with boards or masonry or other materials that are not windows with frames and glazing or entry doors shall not constitute good repair or being locked, fastened or otherwise secured.

**CONDITION IN VIOLATION**
One(1) broken front window
One(1) front door is not secured

**LOCATION**
10807 MODENA DR

| PHILA. CODE § | FINE AMOUNT | SCAN QR CODE FOR HOW TO RESOLVE |
|---|---|---|
| PM15-302.1 | $300.00 |  |

**PHILA. CODE LANGUAGE**
All exterior property and premises must be maintained in a clean, safe and sanitary condition and free from any accumulation of rubbish or garbage.

**CONDITION IN VIOLATION**
Remove trash

**LOCATION**
10807 MODENA DR

Case ID: 250400198
Control No.: 25040354


**Department of Licenses and Inspections**
City of Philadelphia

# ❌ Violation Notice and Order to Correct

**L&I File Number:**  CF-2023-127164

---

 Failure to timely correct the violations listed above by or before the correction date listed above will result in the stated fine amount being imposed against you.  The fines will be imposed on a per day basis for each violation that remains uncorrected AFTER the stated correction date. Phila. Code § A-601.  If you timely correct each violation by the stated correction date, no fines will be due.

In addition to the fines listed above, failure to timely correct the violations will result in you being charged:
   - Labor and material costs for any work performed by the City, such as a demolition; sealing of windows or doors; clearing of weeds, trash or debris; relocation expenses for removing occupants, costs associated with cease operations orders. Such costs are subject to an additional administrative fee of 21% (Phila. Code § A-503);
   - An additional $100 fee for repeat abatement work (Phila. Code § A-503.2); and
   - Reinspection fees as follows: $100 for the third inspection, $200 for the fourth inspection, and $350 for any additional inspections (Phila. Code § A-901.12.2).

---

 YOU HAVE THE RIGHT TO APPEAL THIS NOTICE. YOUR APPEAL MUST BE FILED BY 01/19/2024.

IF YOU DO NOT TIMELY FILE AN APPEAL THEN YOU WAIVE YOUR RIGHT TO LATER CHALLENGE ANY PART OF THIS NOTICE. This includes waiving your right to argue: whether the violations existed, whether you were responsible to correct the violations, whether you had enough time to correct the violations, whether the City should have abted the violations, and whether the City can impose fines, fees, or costs against you.

For more information on filing an appeal and/or to obtain the approved form visit the appeals section of the Department of Licenses and Inspections website at www.phila.gov/li or the Boards Administration Unit, 11th Floor Municipal Services Building, 1401 J.F.K. Blvd., Philadelphia PA.

Appeals of the Technical Codes, such as the Zoning Code and/or Fire Code, need to be submitted to the appropriate Technical Appeal Board such as the Zoning Board of Adjustment and/or the Board of Safety and Fire Prevention. For additional information call 215-686-8686.

IF YOU HAVE ANY LEGAL QUESTIONS YOU SHOULD CONSULT WITH AN ATTORNEY.
If you do not have an attorney, you can contact the Philadelphia Bar Association Referral and Information Line at 215-238-6333 to have an attorney referred to you. You can also find a list of legal aid service providers at http://palegalaid.net/legal-aid-providers-in-pa.

---

 The Philadelphia Code may be found online for free at www.phila.gov under "Open government."

If you have any questions regarding this notice or would like to schedule a re-inspection, please contact: GERALYNN BROWN Geralynn.Brown@phila.gov or the district office noted above.

---

ATTENTION: This is an important notice! For information in your language, call 215-686-8686
ATENCIÓN: ¡Este es un aviso Importante! Para recibir información en su idioma, llame al 215-686-8686
注意：这是重要通知！如果您需要以您的语言获得此信息，请致电 215-686-8686
CHÚ Ý: Đây là thông báo quan trọng! Nếu bạn cần thư này bằng ngôn ngữ khác, vui lòng gọi 215-686-8686
주의: 중요 통지입니다! 이 서신을 귀하의 언어로 받고 싶으시면 215-686-8686번으로 전화하시기 바랍니다
توجہ فرمائیں: یہ ایک ضروری اطلاع نامہ ہے! ترجمے کی خدمات کے لیے 215-686-8686 پر کال کریں
ATTENTION : Cet avis est important ! Si vous avez besoin de cet avis dans une autre langue, appelez le 215-686-8686

Case ID: 250400198
Control No.: 25040354



Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM

# Exhibit "5"

Case ID: 250400198
Control No.: 25040354

**TONER LAW GROUP, PLLC**
      By:    Paul J. Toner, Esquire (Atty. I.D. 94185)
             Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com
E. michael@tonerlaw.com            Attorneys for Petitioner

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL TRIAL DIVISION

|  |  |  |
|---|---|---|
| | : | |
| COMMONWEALTH PRESERVATION | : | |
| ALLIANCE, INC.,d.b.a., t.a., Community | : | NO. |
| Petitioner, | : | |
| | : | ACT 135 PETITION ACTION |
| v. | : | |
| | : | Property:   10807 Modena Drive. |
| DOROTHY P. DELGADO | : | (OPA # 662059600) |
| 10807 MODENA DRIVE | : | |
| | : | |
| and | : | |
| | : | |
| UNKNOWN HEIRS OF | : | |
| DOROTHY P. DELGADO | : | |
| Respondent. | : | |

## <u>CERTIFICATION TO SERVE AS CONSERVATOR</u>

     I, Stephen Arrivello, hereby certify that I am the Executive Director of the

Commonwealth Preservation Alliance, Inc. and I further certify as follows:

     1.     That the matters herein certified will be relied upon by the Court of Common

Pleas of Philadelphia County, in considering Commonwealth Preservation Alliance, Inc.'s

petition to be appointed Conservator under 68 P.S. § 1101-11.

     2.     Commonwealth Preservation Alliance, Inc. has been approved as a non-profit

corporation.

Case ID: 250400198
Control No.: 25040354

3.      That Commonwealth Preservation Alliance, Inc. has the stated purpose of rehabilitation and conservatorship of blighted properties in Pennsylvania.

4.      That Commonwealth Preservation Alliance, Inc. is located in Pennsylvania.

5.      That Commonwealth Preservation Alliance, Inc. is eligible to receive a Certificate of Good Standing from the Pennsylvania Department of State.

6.      That the Board of Directors of Commonwealth Preservation Alliance, Inc. has passed a resolution authorizing the acceptance of a court appointment as Conservator for 10807 Modena Drive, and is authorized to perform all of the duties required of a Conservator.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge, information, and belief.  I understand that the statements in the Petition to Appoint a Conservator are subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Dated: March 14, 2025

Stephen Arrivello
*Executive Director of Commonwealth Preservation Alliance, Inc.*

2

Case ID: 250400198
Control No.: 25040354



*Filed and Attested by the
Office of Judicial Records
01 APR 2025 02:17 pm
D. KIM*

# Exhibit "6"

Case ID: 250400198
Control No.: 25040354

**TONER LAW GROUP, PLLC**
      By:    Paul J. Toner, Esquire (Atty. I.D. 94185)
              Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com
E. michael@tonerlaw.com                        Attorneys for Petitioner

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL TRIAL DIVISION

|  |  |  |
|---|---|---|
| COMMONWEALTH PRESERVATION ALLIANCE, INC.,d.b.a., t.a., Community | : | NO. |
| Petitioner, | : | |
| | : | ACT 135 PETITION ACTION |
| v. | : | |
| | : | Property:    10807 Modena Drive. |
| DOROTHY P. DELGADO | : | (OPA # 662059600) |
| 10807 MODENA DRIVE | : | |
| and | : | |
| UNKNOWN HEIRS OF | : | |
| DOROTHY P. DELGADO | : | |
| Respondent. | : | |

### *LIS PENDENS*

**TO THE OFFICE OF JUDICIAL RECORDS:**

      Kindly enter the above action as a *Lis Pendens* against the real property located at:

**10807 Modena Drive**
**Philadelphia, PA 19154**
**(OPA # 622059600)**

The aforementioned real property located at 616 Webb Road is described as:

      ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

      SITUATE in the 66th Ward of the City of Philadelphia, Commonwealth of Pennsylvania, and described in accordance with a Plan of Property made of Gelman and Curcillo, Inc. by John J. McDevitt, Surveyor and Regulator of the Fourth District dated April 25, 1963, as follows, to wit:

1

Case ID: 250400198
Control No.: 25040354

BEGINNING at a point on the Southeasterly side of Modena Drive (50 feet wide) which point is measured along the arc of a circle curving to the right having a radius of three-hundred feet the arc distance of One hundred seventy-four feet eight and seven-eighths inches from a point of compound curve which point of compound curve is measured along the arc of a circle curving to the right having a radius of fifteen feet the arc distance of twenty-four feet four and one-fourth inches from a point of curve on the Northeasterly side of Pedrick Road fifty feet wide; thence from said point of beginning measured along the arc of a circle curving to the right having a radius of three hundred feet the arc distance of seventeen feet eleven and three-fourths inches to a point; thence extending South forty-five degrees six minutes thirty seconds East partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining on the Northeast one hundred fifteen feet six and one-half inches to a point; thence extending South forty-nine degrees thirty-two minutes, sixteen seconds West eighteen feet one-half inches to a point; thence extending North forty-five degrees six minutes thirty seconds West partly passing through the center of the party wall of the house erected on this lot and the house erected on the lot adjoining to the Southwest one hundred fourteen feet one-fourth inches to a point on the Southeasterly side of Modena Drive, being the point and place of beginning.

BEING Lot No. 4-I.C. on said Plan.

BEING known as No. 10807 Modena Drive.

I do hereby certify that this action involves title to real estate.

TONER LAW GROUP, LLP

BY:  /s/ Paul J. Toner, Esquire
      Paul J. Toner, Esquire
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com

Case ID: 250400198
Control No.: 25040354