## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH PRESERVATION ALLIANCE, INC.,** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-2475** |
| **DELGADO,** *et al.,* | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 16th day of December, 2025, upon consideration of the United States of America's Motion to Dismiss Petition (ECF No. 8), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED with prejudice.** The Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez